■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON M. McGRADY, Appellant. [896 NYS2d 277]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey and Pine, JJ.